STATE FARM MUTUAL AUTOMOBILE LIABILITY INSURANCE COMPANY v. EARL R. KISER.

Oct. 2, 1979. Petition for certification denied. (See 168 *N.J.Super.* 230).

DIANE WRIGHT v. JACK MINOR.

Oct. 2, 1979. Petition for certification granted.

STATE OF NEW JERSEY v. FRANK EPSTEIN.

Oct. 2, 1979. Petition for certification denied.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY v. ESTATE OF DARRELL JEROME SIMMONS.

Oct. 2, 1979. Petitions for certification granted. (See 169 *N.J.Super.* 133).

IN THE MATTER OF THE ESTATE OF FRANK H. BOLLER, DECEASED.

Oct. 2, 1979. Petition for certification denied.